# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | | |
|---|---|---|
| ARETE POWER, INC., | ) | 3:05-CV-521-LRH (RAM) |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| vs. | ) | April 17, 2006 |
| VYCON, INC., CALNETIX HOLDING COMPANY I, LLC, CALNETIX HOLDING COMPANY II, LLC, and CALNETIX, INC., corporations, et al., | ) | |
| Defendants. | ) | |

PRESENT:    THE HONORABLE ROBERT A. McQUAID, JR., U.S. MAGISTRATE JUDGE

DEPUTY CLERK:    GINA MUGNAINI              REPORTER:  NONE APPEARING

COUNSEL FOR PLAINTIFF(S):  NONE APPEARING

COUNSEL FOR DEFENDANT(S):  NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

The parties have failed to submit a Discovery Plan and Scheduling Order within the time required by Local Rule 26-1(d).

The parties have a period of five (5) days from receipt of this Minute Order within which to submit said Discovery Plan and Scheduling Order in compliance with Local Rule 26-1. If they fail to do so, the Clerk shall set a hearing to determine why the plan and order have not been timely submitted and to invoke sanctions, if appropriate.

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By:      /s/
         Deputy Clerk